IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:19-cv-01895-WJM-SKC**

**HOWARD COHAN,**

Plaintiff,

v.

**RLJ III MH AIRPORT LESSEE, LLC**

Defendant.

___

## JOINT NOTICE OF SETTLEMENT
___

Defendant RLJ III MH Airport Lessee, LLC ("Defendant") and Plaintiff Howard Cohan, by and through their attorneys in this regard, provide their Joint Notice of Settlement, and in support thereof state as follows:

1. The parties have reached an agreement as to the resolution of this ENTIRE litigation.

2. The parties are in the process of executing the Settlement Agreement and anticipate completing the same and distributing the settlement monies within the next thirty (30) days.

3. The parties anticipate submitting a joint stipulation requesting the dismissal of this matter, with prejudice and in its entirety.

WHEREFORE, the parties provide their Joint Notice of the Settlement in this matter, and respectfully request that the Court vacate all existing litigation dates in this matter as it has been resolved in its entirety.

Dated: November 1, 2019                                        Respectfully submitted,

1

| | |
|---|---|
| By: */s/ Gloria Y. Saad*<br>    Gloria Y. Saad<br>    BLACKMORE LAW PLC<br>    21411 Civic Center Drive, Suite 200<br>    Southfield, MI 48076<br>    gsaad@blackmorelawplc.com<br><br>    *Attorney for Plaintiff* | By:  /s/ *Steve A. Miller*<br>    Steve A. Miller<br>    Scott C. Fanning<br>    FISHER & PHILLIPS LLP<br>    10 South Wacker Drive, Suite 3450<br>    Chicago, Illinois 60606<br>    smiller@fisherphillips.com<br>    sfanning@fisherphillips.com<br>    *Attorneys for Defendant* |

3

## CERTIFICATE OF SERVICE

I hereby certify that I filed the forgoing **JOINT NOTICE OF SETTLEMENT** with the Clerk of Court utilizing the ECF-System which sent a copy of same to all counsel of record.

SO CERTIFIED this the 1st day of November, 2019.

*/s/ Steve A. Miller*
Steve A. Miller