# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01895

HOWARD COHAN,

      Plaintiff,

v.

RLJ III MH AIRPORT LESSEE, LLC,

      Defendant.

## NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE

Plaintiff, through his undersigned counsel, voluntary dismisses this action under Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice.

    Respectfully Submitted,

    BLACKMORE LAW PLC

    */s/ Gloria Y. Saad*
By:  Gloria Y. Saad
     Blackmore Law PLC
     Attorney for Plaintiff
     21411 Civic Center Drive, Suite 200
     Southfield, MI 48076
     P: (248) 845-8594
     E: gsaad@blackmorelawplc.com
     P83131

Dated: December 2, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2019, I filed and served the foregoing NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE on all ECF participants via the court's CM/ECF system.

*/s/ Gloria Y. Saad*
Gloria Y. Saad